# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-4173

_____

Mary Hays, Natural Mother of, William    *
Thomas Hays, Deceased,    *
   *
            Appellant,    *    Appeal from the United States
   *    District Court for the Eastern
     v.    *    District of Missouri.
   *
Pemiscot County, Missouri; Jack Davis;    *        [UNPUBLISHED]
Joseph Stegall; Bill Bradshaw; John    *
Pruiett,    *
   *
            Appellees.    *

_____

Submitted: July 27, 1999
Filed: August 4, 1999

_____

Before BOWMAN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

After Mary Hays's son committed suicide while in the custody of the Pemiscot County (the county) sheriff's department, Hays brought this 42 U.S.C. § 1983 (Supp. III 1997) action against the sheriff, various deputy sheriffs, and the county (collectively, the defendants). The parties consented to the case's assignment to a magistrate judge under 28 U.S.C. § 636c (1994 & Supp. III 1997). The magistrate judge granted summary judgment for the defendants, and Hays appeals. Having carefully reviewed

the parties' briefs and the record, we affirm for the reasons set out in the magistrate judge's memorandum opinion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

2–